IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

TERRY M. WALKER,

   Appellant,

 v.

          Case No.  5D22-0266
          LT Case No. 2016-CF-981

STATE OF FLORIDA,

   Appellee.

_____/

Decision filed June 14, 2022

3.800 Appeal from the Circuit Court
for Citrus County,
Richard A. Howard, Judge.

Terry M. Walker, Sneads, pro se.

Ashley Moody, Attorney General,
Tallahassee, and Douglas T. Squire,
Assistant Attorney General, Daytona
Beach, for Appellee.


PER CURIAM.

  AFFIRMED.


EVANDER, HARRIS and WOZNIAK, JJ., concur.